**Thomas P. Riley, SBN 194706**
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
**First Library Square**
**1114 Fremont Avenue**
**South Pasadena, CA 91030-3227**

**Tel:  626-799-9797**
**Fax:  626-799-9795**
**TPRLAW@att.net**

**Attorneys for Plaintiff**
**KINGVISION PAY-PER-VIEW, LTD.**

# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KINGVISION PAY-PER-VIEW, LTD.,** | Case No. 2:08-cv-01038-FCD-DAD |
| Plaintiff, | ORDER |
| v. | |
| **ALEX JOHN LAVORICO, et al.,** | |
| Defendants. | |

The Court, upon review of Plaintiff's request and representations presented in the above-entitled matter hereby orders the following:

Plaintiff is granted an additional thirty (30) days from today's date to effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative, a Notice of Voluntary Dismissal as to defendant Ted Villanueva and or defendant Club Coyote, LLC. where service has not been made or service by publication requested.

**IT IS SO ORDERED**:

Dated:  December 5, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE