UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KINGVISION PAY-PER-VIEW, LTD.,<br><br>    Plaintiff,<br><br>vs.<br><br>ALEX JOHN LAVORICO dba Club Coyote; TED VILLANUEVA dba Club Coyote; CLUB COYOTE, LLC dba Club Coyote,<br><br>    Defendants. | CASE NO. CIV. S-08-1038 FCD DAD<br><br>ORDER AUTHORIZING PROCESS SERVER TO LEVY EXECUTION PURSUANT TO C.C.P. § 699.080 |

Based upon the Declaration of David J. Cook, Esq., and finding that Legalese Attorney Services is a registered process server, having filed a certificate of registration with the County Clerk, Sacramento County Superior Court, and otherwise authorized to perform the services pursuant to C.C.P. § 699.080, and furthermore finding that the use of a private process server would serve the interest of justice in relieving the United States Marshal from effectuating certain types of services necessary to effectuate collection of the Judgment herein, and furthermore finding that the use of a process server is routine in the enforcement of a Judgment, and authorized by California law, which is applicable herein under F.R.C.P. 69 and Bkrtcy.C. § 7069, and upon ex parte application, and for good cause appearing, therefore,

ORDER AUTHORIZING PROCESS SERVER TO LEVY EXECUTION PURSUANT TO
C.C.P. § 699.080 - CASE NO. CIV.S-08-1038 FCD DAD                                                                                              1

1     IT IS HEREBY ORDERED that Plaintiff may employ the services of Legalese Attorney
2 Services to perform the duties and responsibilities of a levying officer as defined under C.C.P. §
3 699.080.
4     IT IS FURTHER ORDERED that Legalese Attorney Services shall comply with the
5 requirements of the California Code of Civil Procedure in the enforcement of judgments,
6 consistent with and in conformity to C.C.P. § 699.080.

8 DATED: March 24, 2010

10     FRANK C. DAMRELL, JR.
    UNITED STATES DISTRICT JUDGE

ORDER AUTHORIZING PROCESS SERVER TO LEVY EXECUTION PURSUANT TO
C.C.P. § 699.080 - CASE NO.  CIV.S-08-1038 FCD DAD     2