Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
KingVision Pay-Per-View, Ltd.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| KingVision Pay-Per-View, Ltd., | CASE NO. CIV. S-08-1038 FCD-DAD |
|---|---|
| Plaintiff, | AMENDED STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT ALEX JOHN LAVORICO, individually and d/b/a CLUB COYOTE; ORDER |
| vs. | |
| Alex John Lavorico, et al., | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff KINGVISION PAY-PER-VIEW, LTD. and Defendant ALEX JOHN LAVORICO, individually and d/b/a **CLUB COYOTE**, that the above-entitled action is hereby dismissed **without prejudice** against ALEX JOHN LAVORICO, individually and d/b/a CLUB COYOTE to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

///
///
///
///
///

PAGE 1

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by March 1, 2014, this Court shall *not* have jurisdiction to set aside the dismissal and the dismissal shall be deemed to be **with prejudice**.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: November 2, 2010     *s/ Thomas P. Riley*
                                               **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                               By:  Thomas P. Riley
                                               Attorneys for Plaintiff
                                               KINGVISION PAY-PER-VIEW, LTD.

Dated:  December 28, 2010     *s/ Alex John Lavorico*
                                               **ALEX JOHN LAVORICO**
                                               individually and d/b/a Club Coyote
                                               Defendant

**IT IS SO ORDERED**:

Dated:  January 3, 2011

                                               FRANK C. DAMRELL, JR.
                                               UNITED STATES DISTRICT JUDGE