UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KINGVISION PAY-PER-VIEW, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> ALEX JOHN LAVORICO dba Club Coyote; TED VILLANUEVA dba Club Coyote; CLUB COYOTE, LLC dba Club Coyote, <br><br> Defendants. | CASE NO. CIV. S-08-1038 FCD DAD <br><br> ORDER VACATING DEFAULT AND DEFAULT JUDGMENT, BASED UPON PRE-EXISTING CHAPTER 7 BANKRUPTCY |

Based upon the Declaration of David J. Cook, Esq., and for good cause appearing, therefore,

IT IS HEREBY ORDERED that the default and default judgment in the above-entitled action, as to TED VILLANUEVA dba Club Coyote only, is hereby vacated.

DATED: November 2, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE