UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KINGVISION PAY-PER-VIEW, LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ALEX JOHN LAVORICO dba Club ) <br> Coyote; TED VILLANUEVA dba Club ) <br> Coyote; CLUB COYOTE, LLC dba Club ) <br> Coyote, ) <br> ) <br> Defendants. ) <br> _____ ) | CASE NO. CIV. S-08-1038 FCD DAD <br><br> ORDER VACATING DEFAULT AND DEFAULT JUDGMENT, BASED UPON PRE-EXISTING CHAPTER 7 BANKRUPTCY |

Based upon the Declaration of David J. Cook, Esq., and for good cause appearing, therefore,

IT IS HEREBY ORDERED that the default and default judgment in the above-entitled action, as to TED VILLANUEVA dba Club Coyote only, is hereby vacated.

DATED: November 2, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

ORDER VACATING DEFAULT AND DEFAULT JUDGMENT, BASED UPON PRE-EXISTING CHAPTER 7 BANKRUPTCY - CASE NO. CIV. S-08-1038 FCD DAD